**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

July 7, 2009

Clerk, U.S. Bankruptcy Court

RE: Amos L. & Carol A. Keefer Jr.
   Bankruptcy Case No.  1-04-06096
   Unclaimed Funds For: Dept 0008
                GE Capital Consumer Card
                Palatine Il 60055

Dear Clerk:

Enclosed herewith please find check No.746048 for $562.03 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager